UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s):    Lisa Gutierrez

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**David Dow** (Lisa Gutierrez )
**Dow Law Office**
**3104 E. Camelback #281**
**Phoenix, Arizona  85016**
**480-776-5039**


**Jennifer Ghidotti** (Lisa Gutierrez )
**Dow Law Office**
**3104 E. Camelback #281**
**Phoenix, Arizona  85016**
**480-776-5039**

**Defendant**(s): **City of Phoenix ; Sean Pena**

County of Residence: Maricopa

Defendant's Atty(s):

**Kathleen Wieneke** ( City of Phoenix )
**Wieneke Law Group, PLC**
**1095 W. Rio Salado Parkway, Suite 209**
**Tempe, Arizona  85281**
**602-715-1868**


**Christina Retts** ( City of Phoenix )
**Wieneke Law Group, PLC**
**1095 W. Rio Salado Parkway, Suite 209**
**Tempe, Arizona  85281**
**602-715-1868**


**John Masterson** (Sean Pena )
**Jones, Skelton & Hochuli, PLC**
**40 N. Central Avenue, Suite 2700**
**Phoenix, Arizona  85281**
**602-263-1700**

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2021009877**

II. Basis of Jurisdiction:     3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

           Plaintiff: - **N/A**
         Defendant: - **N/A**

IV. Origin:     **2. Removed From State Court**

V. Nature of Suit:     **440 Other Civil Rights**

VI. Cause of Action:     **42 U.S.C. §1983**

VII. Requested in Complaint

         Class Action: **No**
         Dollar Demand:
         Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** /s/ Christina Retts

    **Date:** 7/26/2021

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014