# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's office.

Additional sheets may be used as necessary.

1. **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counter claimant(s), Crossclaimant(s) and Third party Claimant(s) still remaining in the case and indicate their party type. Also, please lists the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| **Lisa Gutierrez** | **Plaintiff** | **David W. Dow**<br>**Jennifer L. Ghidotti**<br>**Dow Law Office**<br>**3104 E. Camelback #281**<br>**Phoenix, Arizona 85016**<br>**(480) 776-5039** |
| **City of Phoenix** | **Defendant** | **Kathleen L. Wieneke, #011139**<br>**Christina Retts, #023798**<br>**Wieneke Law Group, PLC**<br>**1095 West Rio Salado Parkway, #209**<br>**Tempe, Arizona 85281**<br>**(602) 715-1868** |
| **Sean Pena** | **Defendant** | **John T. Masterson, #007447**<br>**Jones, Skelton & Hochuli, PLC**<br>**40 N. Central Avenue, Suite 2700**<br>**Phoenix, Arizona 845004**<br>**(602) 263-1700** |

2. **Jury Demand:**

Was a Jury Demand made in another jurisdiction?   **Yes**

If "yes," by which party and on what date?   Plaintiff on June 18, 2021

3. **Answer:**

Was an Answer made in another jurisdiction?   **No**

If "yes," by which party and on what date?   N/A

**4.     Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| **City of Phoenix** | **June 29, 2021** | **Process Server** |
| **Sean Pena** | **July 6, 2021** | **Process Server** |

**5.     Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| N/A | |

**6.     Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers form another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | |

**7.     Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| **Plaintiff** | **42 USC §1983-14th Amendment; Substantive Due Process; Excessive Force; Unlawful Seizure; Sexual Misconduct; Sexual Harassment** |

**Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**