# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Gutierrez, | No. CV-21-01297-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pursuant to the Stipulated Motion to Extend Time for Defendants to File their Responsive Pleadings and Request to Vacate Case Management Conference (Doc. 15) and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for Defendants City of Phoenix and Sean Pena to file their responsive pleadings is extended up to and including **November 5, 2021**.

**IT IS FURTHER ORDERED** that the September 30, 2021 Case Management Conference is **vacated**.

Dated this 21st day of September, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge