Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85281
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com

*Attorneys for Defendant City of Phoenix*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Gutierrez, | NO. 2:21-cv-01297-SMB |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| City of Phoenix, a municipality and jural entity; Sean Pena, an individual acting under the color of law; John Does I-V, an individual(s), acting under the color of law, and Jane Does I-V, an individual(s), acting under the color of law; XYZ Corporations, ABC LLCs, | |
| Defendants. | |

Plaintiff Lisa Gutierrez and Defendants City of Phoenix and Sean Pena, through their respective counsel, hereby stipulate that all claims in the above-entitled action shall be dismissed in their entirety, WITH PREJUDICE, and that each party will bear their own costs in this matter and shall not seek reimbursement of their costs or attorneys' fees from the other party.

DATED this 30th day of November 2021.

                    WIENEKE LAW GROUP, PLC

By: */s/ Christina Retts*
Kathleen L. Wieneke
Christina Retts
1225 West Washington Street, Suite 313
Tempe, Arizona 85281
*Attorneys for Defendant City of Phoenix*

DOW LAW OFFICE

By: */s/ David W. Dow (w/ permission)*
David W. Dow
Jennifer L. Ghidotti
3104 E. Camelback Rd. #281
Phoenix, Arizona 85016
*Attorneys for Plaintiff*

JONES, SKELTON & HOCHULI, PLC

By: */s/ John T. Masterson (w/ permission)*
John T. Masterson
Joseph E. Leverence
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 845004
*Attorneys for Defendant Sean Pena*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> David W. Dow
> Jennifer L. Ghidotti
> DOW LAW OFFICE
> 3104 E. Camelback Rd. #281
> Phoenix, Arizona 85016
> *Attorneys for Plaintiff*
>
> John T. Masterson
> Joseph E. Leverence
> JONES, SKELTON & HOCHULI, PLC
> 40 N. Central Avenue, Suite 2700
> Phoenix, Arizona 845004
> *Attorneys for Defendant Sean Pena*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following,

By: */s/ Mica Mahler*